


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Richard Mirasol Chiu - #145258

_____/

**ORDER TO SHOW CAUSE**

It appearing that Richard Mirasol Chiu has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective March 6, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Richard Mirasol Chiu
Law Ofc Richard Chiu
6161 Savoy Dr #800
Houston, TX 77036