**FILED**

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80085 MISC VRW

Richard Mirasol Chiu,
                                     ORDER
   State Bar No 145258

_____/

     On April 19, 2010, the court issued an order to show cause (OSC) why Richard Mirasol Chiu should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code effective March 6, 2010.

     The OSC was mailed to Mr Chiu's address of record with the State Bar on April 20, 2010, and was returned by the post office as undeliverable. A written response was due on or before May 31, 2010. No response to the OSC has been filed as of this date.

     The court now orders Richard Mirasol Chiu removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Richard M Chiu

Case Number: C10-80085 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Mirasol Chiu
Law Office of Richard Chiu
6161 Savoy Drive
No. 800
Houston, TX 77036

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*